# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00015 |
| | ) | Judge Trauger |
| JOE EDWARD WEBB, JR. | ) | |

## **O R D E R**

The defendant has filed a Motion For a Reduction of Sentence pursuant to the Retroactive Crack Cocaine Amendment (Docket No. 35). It is hereby **ORDERED** that the Probation Office shall prepare a Supplement to the Presentence Report, and the government shall respond to the motion filed by August 17, 2012.

It is so **ORDERED**.

ENTER this 24th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge