# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>JOE EDWARD WEBB | )<br>)<br>)<br>) |

)  Case No:  3:09-00044 & 3:10-00015

)  USM No:  18967-075

Date of Original Judgment:  01/06/2011  )

Date of Previous Amended Judgment: _____  )  Michael Holley

*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    240    months **is reduced to**   188 months

*(Complete Parts I and II of Page 2 when motion is granted)*

on each of Counts 1 and 2 in case no. 3:09-00044 and Count 1 in case no. 3:10-00015 all to run concurrently with each other and supervised release term on Count 1 in case no. 3:09-00044 is reduced from 10 years to 8 years.

Except as otherwise provided, all provisions of the judgment dated    01/06/2011    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    4/15/13

_____

*Judge's signature*

Effective Date:    4/15/13     ALETA A. TRAUGER, UNITED STATED DISTRICT JUDGE

*(if different from order date)*     *Printed name and title*